UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VITARROZ CORPORATION, | : | |
| *Plaintiff*, | : | Civil Action No. 2:05-CV-05363 (KSH) |
| v. | : | |
| G. WILLI FOOD INTERNATIONAL LTD.;<br>WILLI USA HOLDINGS, INC.;<br>ZWI WILLIGER, | : | **AMENDED ORDER &<br>FINAL JUDGMENT** |
| *Defendants/<br>Third-Party Plaintiffs*, | : | |
| v. | : | |
| STEVE WEINREB; ARTIE WEINREB, | : | |
| *Third-Party<br>Defendants*. | : | |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the Opinion filed herewith, and good cause having been shown for confirmation of the Arbitration Award and entry of Final Judgment,

**It is** on this 30th day of June, 2009, hereby

**ORDERED** that plaintiff's motion to confirm the Arbitration Award [D.E. # 18] is **GRANTED**; and it is further

**ORDERED** that defendants' cross-motion to vacate the Arbitration Award [D.E. # 22] is **DENIED**; and it is further

**ORDERED AND ADJUDGED** that the Arbitration Award should be and the same hereby is **CONFIRMED**, and Final Judgment is hereby **ENTERED** in favor of plaintiffs and against defendants G. Willi Food International Ltd., Willi USA Holdings, Inc., and Zwi Williger, jointly and severally, in the amount of $590,992.00, plus interest pursuant to the Arbitration Award at the rate of ten percent (10%) per annum, computed from August 21, 2008 through and including the date that such amount is fully paid; and it is further

**ORDERED** that a copy of this Final Judgment and the accompanying Opinion shall be served upon counsel for defendants within fourteen (14) days hereof; and it is further

**ORDERED** that the Clerk of the Court is directed to close the case.

/s/  Katharine S. Hayden

Hon. Katharine S. Hayden
United States District Judge